**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **FRONTLINE FOOD SERVICES, LLC, a Delaware Limited Liability Company,  d/b/a ACCENT FOOD SERVICES,** )<br>)<br>)<br>)<br>) | |
| **Plaintiff,** ) | **Case No. 3:21-cv-00336-MMD-CLB** |
| ) | |
| **v.** )<br>) | **AGREED ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR** |
| **TAY & JARRAD'S LLC, a Nevada Limited Liability Company,  d/b/a TAHOE VENDING, JARRAD DUXBURY, CESAR AGUILAR, ROBERT BLEVENS, DONOVAN CHORJEL, ADAM CHORJEL, ALEX COOK, AUSTIN KLIPPENSTEIN, and STEVE SERAFINI,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF NO. 2) AND MOTION FOR LIMITED EXPEDITED DISCOVERY (ECF NO. 4)** |
| **Defendants.** )<br>) | |

The parties have agreed to the briefing schedule set forth below on Plaintiff's Motion For Temporary Restraining Order and Preliminary Injunction (ECF No. 2), and Plaintiff's Motion For Limited Expedited Discovery (ECF No. 4). Accordingly, it is hereby ORDERED:

Defendants' briefs in response to each of the aforementioned motions shall be filed on or before September 7, 2021.   Plaintiff's reply briefs in support of the motions shall be filed on or before September 21, 2021.

The parties so move and agree to be bound by the terms of this Order:

| **COUNSEL FOR FRONTLINE FOOD SERVICES LLC, D/B/A ACCENT FOOD SERVICES** | **COUNSEL FOR TAY & JARRAD'S LLC, D/B/A TAHOE VENDING AND JARRAD DUXBURY** |
|---|---|
| By: /s/ Heather A. Bailey<br>Katherine F. Parks (Nevada Bar #6227)<br>THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER<br>6590 S. McCarran Blvd.<br>Reno NV 89509<br>(775) 786-2882<br>*Local Counsel for Plaintiff* | By: /s/ Lisa Wiltshire Alstead<br>Lisa Wiltshire Alstead (Nevada Bar # 10470)<br>Sarah A. Ferguson (Nevada Bar # 14515)<br>MCDONALD CARANO LLP<br>100 W. Liberty Street, Tenth Floor<br>Reno, NV 89501 |

Heather A. Bailey
(IL ARDC No. 06274501)(admitted *pro hac vice*)
SMITHAMUNDSEN LLC
150 N. Michigan Ave., Suite 3300
Chicago, Illinois 60601
(312) 894-3266
*Trial Counsel for Plaintiff*

Jeffrey M. Glass
(IL ARDC No. 06206976)(admitted *pro hac vice*)
SMITHAMUNDSEN LLC
308 W. State Street, Ste. 320
Rockford, IL 60101
(815) 904-8804
*Trial Counsel for Plaintiff*

**COUNSEL FOR CESAR AGUILAR, ROBERT BLEVENS, DONOVAN CHORJEL, ADAM CHORJEL, ALEX COOK, AUSTIN KLIPPENSTEIN, and STEVE SERAFINI**

By: /s/ Richard I. Dreitzer
Richard I. Dreitzer (Nevada Bar #6626)
Therese M. Shanks (Nevada Bar # 12890)
Kelly Klingseisen (Nevada Bar #15762)
FENNEMORE CRAIG, P.C.
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101

**DATED this 31st day of August, 2021**

Dated: August 31, 2021

_____
U.S. District Judge

- 2 -