Lisa Wiltshire Alstead (NSBN 10470)
Sarah Ferguson (NSBN 14515)
MCDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
lalstead@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

*Attorneys for Defendants/Counterclaimant
Tay & Jarrad's LLC d/b/a Tahoe Vending
and Jarrad Duxbury*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FRONTLINE FOOD SERVICES, LLC, a Delaware Limited Liability Company, d/b/a ACCENT FOOD SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>TAY & JARRAD'S LLC, a Nevada Limited Liability Company, d/b/a TAHOE VENDING, JARRAD DUXBURY, CESAR AGUILAR ROBERT BLEVENS, DONOVAN CHORJEL, ADAM CHORJEL, ALEX COOK, AUSTIN KLIPPENSTEIN, and STEVE SERAFINI,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No: 3:21-cv-00336-MMD-CLB<br><br>**STIPULATION AND ORDER CONTINUING DEADLINES TO RESPOND TO: (1) PLAINTIFF'S MOTION TO STRIKE CORPORATE DEFENDANTS' AFFIRMATIVE DEFENSES; AND (2) PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM OF TAY & JARRAD'S LLC, A NEVADA LIMITED LIABLITY COMPANY D/B/A TAHOE VENDING AND JARRD DUXBURY**<br><br>(First Request) |

Pursuant to Local Rules IA 6-1 and 7-1, Defendants Tay & Jarrad's LLC, a Nevada limited liability company, d/b/a Tahoe Vending ("Tahoe Vending") and Jarrad Duxbury ("Mr. Duxbury," and collectively with Tahoe Vending, the ("Corporate Defendants"), and plaintiff Frontline Food Services, LLC d/b/a Accent Food Services ("Accent'), by and through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court extend the current briefing deadlines on the Corporate Defendants' deadlines to respond to: (1) Accent's Rule 8 and Rule 12(b)(6)

1

Motion to Dismiss Counterclaim of Tay & Jarrad's LLC, a Nevada Limited Liability Company, d/b/a Tahoe Vending and Jarrad Duxbury ("Motion to Dismiss") (ECF No. 58); and, (2) Accent's Motion to Strike Corporate Defendants' Affirmative Defenses ("Motion to Strike") (ECF No. 59), as follows:

1. Corporate Defendants' deadline to respond to the Motion to Dismiss shall be extended from November 8, 2021 to November 29, 2021; and,

2. Corporate Defendants' deadline to respond to the Motion to Strike shall be extended from November 8, 2021 to November 29, 2021.

This is the first request by Corporate Defendants to extend its briefing deadlines. Corporate Defendants have requested additional time to allow its counsel, and all counsel, time to adequately prepare for the Motion for Temporary Restraining Order ("TRO Motion") hearing set in this matter for November 19, 2021. This request is filed after the initial briefing deadlines as the parties were negotiating the extension deadline and in the meantime the date and time of the TRO Motion changed, and therefore additional discussions regarding deadlines were necessary. This request is not for purposes of delay.

Dated this 11th day of November, 2021.

By: /s/ *Lisa Wiltshire Alstead*
Lisa Wiltshire Alstead, NSBN 10470
Sarah A. Ferguson, NSBN 14515
MCDONALD CARANO LLP
100 West Liberty St., 10th Floor
Reno, NV 89501
*Attorneys for Defendants/Counterclaimant Tay & Jarrad's LLC d/b/a Tahoe Vending and Jarrad Duxbury*

By: /s/ *Jeffrey Glass*
Jeffrey M. Glass
(IL ARDC No. 06206976)
(admitted *pro hac vice*)
308 W. State Street, Ste. 320
Rockford, IL 60101
*Trial Counsel for Plaintiff*

Heather A. Bailey
(IL ARDC No. 06274501)
(admitted *pro hac vice*)
SMITHAMUNDSEN LLC
150 N. Michigan Ave., Suite 3300
Chicago, Illinois 60601
*Trial Counsel for Plaintiff*

Katherine F. Parks (Nevada Bar #6227)
THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER
6590 S. McCarran Blvd.
Reno NV 89509
*Local Counsel for Plaintiff*

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: November 12, 2021

3