**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **FRONTLINE FOOD SERVICES, LLC**, a Delaware Limited Liability Company, d/b/a **ACCENT FOOD SERVICES**, | ) ) ) ) ) |
| Plaintiff, | ) Case No. 3:21-cv-00336-MMD-CLB ) ) |
| v. | ) **AGREED ORDER STAYING RULE 26(a)** ) **DISCLOSURES AND DISCOVERY** |
| **TAY & JARRAD'S LLC**, a Nevada Limited Liability Company, d/b/a **TAHOE VENDING, JARRAD DUXBURY, CESAR AGUILAR, ROBERT BLEVENS, DONOVAN CHORJEL, ADAM CHORJEL, ALEX COOK, AUSTIN KLIPPENSTEIN,** and **STEVE SERAFINI,** | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

The parties are in settlement discussions and have agreed, subject to the approval of the Court, to stay discovery while settlement talks proceed. The stay would apply to Rule 26(a) disclosures, currently due on February 1, 2022 (ECF No. 74), and to any other written or oral discovery, including the Rule 34 Requests to Produce for Inspection served by the Plaintiff on Defendants on November 18, 2021, and any motion practice with respect to such discovery. This stay will remain in effect until March 1, 2022, subject to extension in the event settlement talks are mutually deemed to be materially progressing. In the event a settlement is not reached, the parties will prepare an amended Joint Case Management Report, with adjusted deadlines, and submit it to the Court.

Accordingly, it is hereby ORDERED:

In light of settlement talks between the parties, Rule 26(a) disclosures, currently due on February 1, 2022, are stayed until further order of the Court;

Any other written or oral discovery, including the Rule 34 Requests to Produce for

- 1 -

Inspection served by the Plaintiff on Defendants on November 18, 2021, and any other discovery served to date by any party on any other party, and any motion practice with respect to such discovery, also is stayed;

This stay shall remain in place until March 1, 2022, subject to extension by agreement, and approval of the Court, should the parties mutually determine that settlement talks are materially progressing;

In the event a settlement is not reached, the parties shall prepare and submit to the Court an amended Joint Case Management Report, with deadlines adjusted appropriately.

The parties so move and agree to be bound by the terms of this Order:

| COUNSEL FOR FRONTLINE FOOD SERVICES LLC, D/B/A ACCENT FOOD SERVICES | COUNSEL FOR TAY & JARRAD'S LLC, D/B/A TAHOE VENDING AND JARRAD DUXBURY |
|---|---|
| By: /s/ Jeffrey M. Glass<br>Katherine F. Parks (Nevada Bar #6227)<br>THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER<br>6590 S. McCarran Blvd.<br>Reno NV 89509<br>(775) 786-2882<br>*Local Counsel for Plaintiff* | By: /s/ Lisa Wiltshire Alstead<br>Lisa Wiltshire Alstead (Nevada Bar # 10470)<br>Sarah A. Ferguson (Nevada Bar # 14515)<br>MCDONALD CARANO LLP<br>100 W. Liberty Street, Tenth Floor<br>Reno, NV 89501 |

Heather A. Bailey
(IL ARDC No. 06274501)(admitted *pro hac vice*)
SMITHAMUNDSEN LLC
150 N. Michigan Ave., Suite 3300
Chicago, Illinois 60601
(312) 894-3266
*Trial Counsel for Plaintiff*

Jeffrey M. Glass
(IL ARDC No. 06206976)(admitted *pro hac vice*)
SMITHAMUNDSEN LLC
308 W. State Street, Ste. 320
Rockford, IL 60101
(815) 904-8804
*Trial Counsel for Plaintiff*

**COUNSEL FOR CESAR AGUILAR, ROBERT BLEVENS, DONOVAN**

- 2 -

| | |
|---|---|
| 1 | **CHORJEL, ADAM CHORJEL, ALEX COOK, AUSTIN KLIPPENSTEIN, and STEVE SERAFINI** |
| 2 | |
| 3 | By: /s/ Richard I. Dreitzer |
| 4 | Richard I. Dreitzer (Nevada Bar #6626)<br>Therese M. Shanks (Nevada Bar # 12890) |
| 5 | Kelly Klingseisen (Nevada Bar #15762)<br>FENNEMORE CRAIG, P.C. |
| 6 | 300 S. Fourth Street, Suite 1400 |
| 7 | Las Vegas, NV 89101 |
| 8 | **DATED this 1ˢᵗ day of February, 2021** |

Dated: February 2, 2022

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -