UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FRONTLINE FOOD SERVICES, LLC, a Delaware Limited Liability Company, d/b/a ACCENT FOOD SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>TAY & JARRAD'S LLC, a Nevada Limited Liability Company, d/b/a TAHOE VENDING, JARRAD DUXBURY, CESAR AGUILAR, ROBERT BLEVENS, DONOVAN CHORJEL, ADAM CHORJEL, ALEX COOK, AUSTIN KLIPPENSTEIN, and STEVE SERAFINI,<br><br>Defendants. | Case No. 3:21-cv-00336-MMD-CLB<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counter-Defendant, FRONTLINE FOOD SERVICES, LLC, a Delaware Limited Liability Company, d/b/a ACCENT FOOD SERVICES, Defendant/Counter-Plaintiff, TAY & JARRAD'S LLC, a Nevada Limited Liability Company, d/b/a TAHOE VENDING, JARRAD DUXBURY, CESAR AGUILAR, ROBERT BLEVENS, DONOVAN CHORJEL, ADAM CHORJEL, ALEX COOK, AUSTIN KLIPPENSTEIN, and STEVE SERAFINI, each by their respective counsel, in consideration of a Confidential Settlement Agreement and Mutual Release entered into by each of them, hereby jointly stipulate to the dismissal of all claims set forth in the Verified Complaint for Injunctive and Other Relief (Docket No. 1) and the Counterclaim (Docket No. 53), in their entirety, with prejudice, with each party to bear its own attorneys' fees, costs and expenses.

| | |
|---|---|
| **Frontline Food Services, LLC d/b/a Accent Food Services**<br><br>By: *[signature]*<br>_____<br>One of its attorneys<br><br>Dated: March 10, 2022<br><br>Katherine F. Parks, Esq. (NV Bar #6227)<br>THORNDAL, ARMSTRONG, DELK,<br>BALKENBUSH & EISINGER<br>6590 S. McCarran Blvd.<br>Reno NV 89509<br>(775) 786-2882<br>Local Counsel for Plaintiff<br>kfp@thordal.com<br><br>Heather A. Bailey, Esq. (IL ARDC No. 06274501)<br>(admitted *pro hac vice*)<br>SMITHAMUNDSEN LLC<br>150 N. Michigan Ave., Suite 3300<br>Chicago, Illinois 60601<br>(312) 894-3266<br>Trial Counsel for Plaintiff<br>hbailey@salawus.com<br><br>Jeffrey M. Glass, Esq. (IL ARDC No. 06206976)<br>(admitted *pro hac vice*)<br>SMITHAMUNDSEN LLC<br>308 W. State Street, Ste. 320<br>Rockford, IL 60101<br>(815) 904-8804<br>Trial Counsel for Plaintiff<br>jglass@salawus.com | **Tay & Jarrad's LLC d/b/a Tahoe Vending and Jarrad Duxbury**<br><br>By: *[signature]*<br>_____<br>One of their attorneys<br><br>Dated: March 25, 2022<br><br>Lisa Wiltshire Alstead<br>McDonald Carano<br>100 W. Liberty Street, #1000<br>Reno, NV 89501<br>lwiltshire@mcdonaldcarano.com<br><br>Sarah Ashley Ferguson<br>McDonald Carano<br>100 West Liberty St., 10th Flr.<br>Reno, NV 89501<br>sferguson@mcdonaldcarano.com<br><br>**Cesar Aguilar, Robert Blevens, Donovan Chorjel, Adam Chorjel, Alex Cook, Austin Klippenstein, and Steve Serafini**<br><br>By: *[signature]*<br>_____<br>One of their Attorneys<br><br>Dated: March 25 2022<br><br>Richard Dreitzer<br>FENNEMORE CRAIG, P.C.<br>300 S. Fourth Street, Suite 1400<br>Las Vegas, NV 89101<br>rdreitzer@fennemorelaw.com<br><br>Kelly ~~Klingseisen~~ Peters<br>FENNEMORE CRAIG, P.C.<br>7800 Rancharrah Parkway<br>Reno, NV 89511<br>kklingseisen@fennemorelaw.com |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FRONTLINE FOOD SERVICES, LLC, a Delaware Limited Liability Company, d/b/a ACCENT FOOD SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>TAY & JARRAD'S LLC, a Nevada Limited Liability Company, d/b/a TAHOE VENDING, JARRAD DUXBURY, CESAR AGUILAR, ROBERT BLEVENS, DONOVAN CHORJEL, ADAM CHORJEL, ALEX COOK, AUSTIN KLIPPENSTEIN, and STEVE SERAFINI,<br><br>Defendants. | Case No. 3:21-cv-00336-MMD-CLB<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY ORDERED THAT** this matter is dismissed with prejudice with each party being responsible for his/its own attorneys' fees, expenses and court costs incurred herein.

Honorable Miranda M. Du, US District Judge

JUDGE: _____

DATE: March 28, 2022